**Order entered February 6, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01580-CV

## MICHAEL LODISPOTO, Appellant

### V.

### ADI RUVOLO, Appellee

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-03660-2012**

## ORDER

We **GRANT** appellee's January 30, 2013 unopposed motion for an extension of time to file a brief. Appellee shall file her brief on or before March 18, 2013. We caution appellee that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/ CAROLYN WRIGHT
   CHIEF JUSTICE